**DAVID BARRON, ESQ.**
Nevada Bar No. 142
**JOSHUA A. SLIKER, ESQ.**
Nevada Bar No. 12493
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Phone: (702) 870-3940
Fax: (702) 870-3950
E-Mail: dbarron@lvnvlaw.com
jsliker@lvnvlaw.com
*Attorneys for Defendants*
*Southern RV Rental, Inc.;*
*and DRV, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DARLY DEMPSEY, individually,<br><br>              Plaintiff,<br><br>v.<br><br>SOUTHERN RV RENTAL, INC; DRV, INC., & BANTERRA BANK,<br>              Defendants. | Case No.: 2:12-cv-00061-KJD-CWH |

IT IS HEREBY STIPULATED and AGREED, by and between the parties hereto, through their respective counsel of record, that the above-entitled matter may be dismissed, without prejudice, each party to bear its own costs and fees. It is further stipulated and agreed, that any future action based in whole or in part on the allegations contained in Plaintiff's Complaint filed

. . .

. . .

. . .

. . .

in the above-entitled matter will be brought in the state or federal courts of Georgia and nowhere else.

COGBURN LAW OFFICES

_____/s/_____
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Byron E. Thomas, Esq.
Nevada Bar No. 8906
9555 S. Eastern Avenue
Suite 280
Las Vegas, Nevada 89123
*Attorneys for Plaintiff*

REYNOLDS & ASSOCIATES

_____/s/_____
Ronald H. Reynolds, Esq.
Nevada Bar No. 0827
823 Las Vegas Blvd. So.
Suite 280
Las Vegas, Nevada 89101
*Attorneys for Defendant Banterra Bank*

BARRON & PRUITT, LLP

_____/s/_____
David Barron, Esq.
Nevada Bar No. 142
Joshua A. Sliker, Esq.
Nevada Bar No. 12493
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendants Southern RV Rental, Inc. and DRV, LLC*

## ORDER FOR DISMISSAL WITHOUT PREJUDICE

Based upon the foregoing stipulation by the parties and good cause appearing therefore, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the above-entitled action be, and the same hereby is, dismissed without prejudice, each party to bear its own attorney's fees and costs.

DATED this __28__ day of __March__, 2012.

_____
U.S. DISTRICT COURT JUDGE

SUBMITTED BY:

_____/s/_____
DAVID BARRON, ESQ.
Nevada Bar No. 142
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
BARRON & PRUITT, LLP.
3890 West Ann Road
North Las Vegas, NV 89031
*Attorneys for Defendants*
*Southern RV Rental, Inc.;*
*and DRV, LLC*